COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Rich Robins v. Austen Perry Clinkenbeard and Jonathon G.
                         Clinkenbeard aka Jon Clinkenbeard

Appellate case number:   01-19-00059-CV

Trial court case number: 1107951

Trial court:             County Civil Court at Law No. 3 of Harris County

Appellant, Rich Robins, has filed a third motion to extend time by two months to file a motion for rehearing and for en banc reconsideration based on the Texas Supreme Court's emergency orders. Ten days have passed without a response from appellees, Austen Perry Clinkenbeard and Jonathon G. Clinkenbeard aka Jon Clinkenbeard. *See* TEX. R. APP. P. 10.3(a)(1), (2). Appellant's motion is timely and complies with the rules. TEX. R. APP. P. 10.5(b), 49.8; *see* TEX. R. APP. P. 49.1, 49.7. However, the deadline to file a motion for rehearing is generally 15 days after the Court's judgment is rendered. TEX. R. APP. P. 49.1. We rendered judgment on January 16, 2020, and we have already extended appellant's deadline to file a motion for rehearing and/or for en banc reconsideration by 78 days.

Accordingly, we **grant in part** appellant's motion to extend time. *See* Misc. Docket No. 20-9051 (Tex. Apr. 1, 2020) (providing that tolling of deadlines in civil cases during emergency does not affect appellate deadlines, "requests for relief from which should be directed to the court involved and should be generously granted."); Misc. Docket 20-007 (Tex. Mar. 13, 2020) (providing that emergency order "expires May 8, 2020, unless extended by the Chief Justice of the Supreme Court."). Appellant's motion for rehearing and/or for en banc reconsideration, if any, is due no later than **May 8, 2020**.

**No further extensions will be granted.**

It is so ORDERED.


Judge's signature: <u>  /s/  Evelyn V. Keyes                                    </u>
                 ☑ Acting individually     ☐ Acting for the Court


Date:  <u>April 21, 2020          </u>